**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **Ikeafans, Inc.**, ) | |
| ) | |
| **Plaintiff**, ) | |
| ) | |
| **v.** ) | **Case No. 1:14-cv-584 (AJT/TCB)** |
| ) | |
| **IKEA PROPERTY, INC., (successor in** ) | |
| **interest to IKEA US, INC.)**, *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**PLAINTIFF IKEAFANS, INC.'S MOTION TO SEAL AMENDED COMPLAINT AND**
**EXHIBITS A-D THERETO**

Plaintiff Ikeafans, Inc. ("Ikeafans"), by and through its undersigned counsel, respectfully

submits this Motion to Seal its Amended Complaint and Exhibits A-D thereto ("Motion"). The

grounds supporting this Motion are set forth in Ikeafans' Memorandum of Points and Authorities

that is filed contemporaneously herewith.

WHEREFORE, Ikeafans asks that the Court grant its Motion. A proposed Order is

attached.

**DATED: July 14, 2014**          **RESPECTFULLY SUBMITTED,**
                                   **Plaintiff Ikeafans, Inc.**

                                   **By Counsel,**

                                   _____/s/_____
                                   Bernard J. DiMuro, Esq. (VSB #18784)
                                   Michael S. Lieberman, Esq. (VSB #20035)
                                   Stephen L. Neal, Jr., Esq. (VSB #87064)
                                   *Counsel for Plaintiff Ikeafans, Inc.*
                                   **DIMUROGINSBERG**, PC
                                   1101 King Street, Suite 610
                                   Alexandria, Virginia 23314
                                   Telephone: (703) 684-4333

Facsimile: (703) 548-3181
E-mails: bdimuro@dimuro.com;
mlieberman@dimuro.com; sneal@dimuro.com

 

/s/
_____
Cecil E. Key, Esq. (VSB #41018)
*Co-Counsel for Plaintiff Ikeafans, Inc.*
**LAW OFFICES OF CECIL KEY, LLC**
1934 Old Gallows Road, Suite 350
Vienna, VA 22182
Telephone: (703) 752-6276
Facsimile: (703) 752-6201
E-mail: cecil@keyiplaw.com

 

/s/
_____
Donald R. Taylor, Esq. (admitted *pro hac vice*)
Cabrach J. Connor, Esq. (admitted *pro hac vice*)
Jennifer Tatum Lee, Esq. (admitted *pro hac vice*)
*Of-Counsel for Plaintiff Ikeafans, Inc.*
**TAYLOR DUNHAM AND RODRIGUEZ LLP**
301 Congress Avenue, Suite 1050
Austin, TX 78701
Telephone: (512) 473-2257
Facsimile: (512) 478-4409
E-mails: dtaylor@taylordunham.com;
cconnor@taylordunham.com;
jtatum@taylordunham.com

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY on this 14th day of July, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

In addition, I also served the foregoing on Inter IKEA Systems B.V., a Netherlands company, by way of the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (HCCH Articles 5 and 10(a)) via USPS Express Mail Service.

*/s/*
_____
Bernard J. DiMuro, Esq. (VSB #18784)
Michael S. Lieberman, Esq. (VSB #20035)
Stephen L. Neal, Jr., Esq. (VSB #87064)
*Counsel for Plaintiff Ikeafans, Inc.*
**DiMuroGinsberg**, PC
1101 King Street, Suite 610
Alexandria, Virginia 23314
Telephone: (703) 684-4333
Facsimile: (703) 548-3181
E-mails: bdimuro@dimuro.com;
mlieberman@dimuro.com;
sneal@dimuro.com
