IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **Ikeafans, Inc.**, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:14-cv-584 (AJT/TCB) |
| **IKEA PROPERTY, INC.**, (successor in interest to IKEA US, INC.), *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

**PLAINTIFF IKEAFANS, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO SEAL PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND THE EXHIBITS THERETO**

Plaintiff Ikeafans, Inc. ("Ikeafans"), by and through its undersigned counsel, respectfully submits this Memorandum of Points and Authorities in support of its Motion to Seal its Opposition to Defendants' Motion to Dismiss ("Opposition") and Exhibits thereto.

Ikeafans moves to seal its Opposition and Exhibit thereto because they contain or reference confidential commercial and/or proprietary information under Fed. R. Civ. P. 26(c)(1)(G) and otherwise confidential communications. Defendants have not consented to waive this confidentiality. In addition, presently Ikeafans believes that its Opposition to Defendants' Motion to Dismiss and Exhibits thereto are not suitable for redaction because the entirety of the communications contained therein are either confidential materials and/or proprietary information or otherwise confidential communications.

Before this Court may seal court documents, it must: "1) provide public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less

1

drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives." *Ashcraft v. Conoco, Inc.*, 218 F.3d 288, 302 (4th Cir. 2000). The presumption of the right of access can be rebutted if countervailing interests heavily outweigh the public interests in access. *Virginia Dep't of State Police v. Washington Post*, 386 F.3d 567, 575 (4th Cir. 2004). The party seeking to overcome the presumption bears the burden of showing some significant interest that outweighs the presumption. *Id*. at 575.

For the reasons stated above, Ikeafans respectfully requests that the Court enter an Order providing that Ikeafans' Opposition to Defendants' Motion to Dismiss and the Exhibits attached thereto shall be filed under seal, if and until the Court determines that the Opposition and the Exhibits are not, or should not be, confidential under Rule 26(c)(1)(G) at which time the Court may vacate this Order at its discretion.

| | |
|---|---|
| **DATED: July 14, 2014** | **RESPECTFULLY SUBMITTED,**<br>**Plaintiff Ikeafans, Inc.**<br><br>**By Counsel,**<br><br>_/s/_<br>Bernard J. DiMuro, Esq. (VSB #18784)<br>Michael S. Lieberman, Esq. (VSB #20035)<br>Stephen L. Neal, Jr., Esq. (VSB #87064)<br>*Counsel for Plaintiff Ikeafans, Inc.*<br>**DIMUROGINSBERG**, PC<br>1101 King Street, Suite 610<br>Alexandria, Virginia  23314<br>Telephone: (703) 684-4333<br>Facsimile: (703) 548-3181<br>E-mails: bdimuro@dimuro.com;<br>mlieberman@dimuro.com; sneal@dimuro.com<br><br><br>_/s/_<br>Cecil E. Key, Esq. (VSB #41018)<br>*Co-Counsel for Plaintiff Ikeafans, Inc.* |

**LAW OFFICES OF CECIL KEY, LLC**
1934 Old Gallows Road, Suite 350
Vienna, VA 22182
Telephone: (703) 752-6276
Facsimile: (703) 752-6201
E-mail: cecil@keyiplaw.com


_____/s/_____
Donald R. Taylor, Esq. (admitted *pro hac vice*)
Cabrach J. Connor, Esq. (admitted *pro hac vice*)
Jennifer Tatum Lee, Esq. (admitted *pro hac vice*)
*Of-Counsel for Plaintiff Ikeafans, Inc.*
**TAYLOR DUNHAM AND RODRIGUEZ LLP**
301 Congress Avenue, Suite 1050
Austin, TX 78701
Telephone: (512) 473-2257
Facsimile: (512) 478-4409
E-mails: dtaylor@taylordunham.com;
cconnor@taylordunham.com;
jtatum@taylordunham.com

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 14th day of July, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

In addition, I also served the foregoing on Inter IKEA Systems B.V., a Netherlands company, by way of the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (HCCH Articles 5 and 10(a)) via USPS Express Mail Service.

                                        */s/*
Bernard J. DiMuro, Esq. (VSB #18784)
Michael S. Lieberman, Esq. (VSB #20035)
Stephen L. Neal, Jr., Esq. (VSB #87064)
*Counsel for Plaintiff Ikeafans, Inc.*
**DIMUROGINSBERG**, PC
1101 King Street, Suite 610
Alexandria, Virginia 23314
Telephone: (703) 684-4333
Facsimile: (703) 548-3181
E-mails: bdimuro@dimuro.com;
mlieberman@dimuro.com;
sneal@dimuro.com