IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Ikeafans, Inc., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>IKEA Property, Inc., f/k/a IKEA )<br>U.S., Inc., *et al.*, )<br>)<br>Defendants. )<br>) | Case No. 1:14-cv-584 (AJT/TCB) |

PLAINTIFF IKEAFANS, INC.'S OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS

# FILED UNDER SEAL

| | |
|---|---|
| **DATED:  July 14, 2014** | **RESPECTFULLY SUBMITTED,**<br>**Plaintiff Ikeafans, Inc.**<br><br>**By Counsel,**<br>_____/s/_____<br>Bernard J. DiMuro, Esq. (VSB #18784)<br>Michael S. Lieberman, Esq. (VSB #20035)<br>Stephen L. Neal, Jr., Esq. (VSB #87064)<br>*Counsel for Plaintiff Ikeafans, Inc.*<br>**DIMUROGINSBERG**, PC<br>1101 King Street, Suite 610<br>Alexandria, Virginia  23314<br>Telephone: (703) 684-4333<br>Facsimile: (703) 548-3181<br>E-mails: bdimuro@dimuro.com;<br>mlieberman@dimuro.com;<br>sneal@dimuro.com<br><br><br>_____/s/_____<br>Cecil E. Key, Esq. (VSB #41018)<br>*Co-Counsel for Plaintiff Ikeafans, Inc.*<br>**KEY IP LAW GROUP, PLLC**<br>1934 Old Gallows Road, Suite 350<br>Vienna, VA 22182<br>Telephone: (703) 752-6276<br>Facsimile: (703) 752-6201<br>E-mail: cecil@keyiplaw.com<br><br><br>_____/s/_____<br>Donald R. Taylor, Esq. (TXB #19688800)<br>Cabrach J. Connor, Esq. (TXB #24036390)<br>Jennifer Tatum Lee, Esq. (TXB #24046950)<br>*Of-Counsel for Plaintiff Ikeafans, Inc.*<br>**TAYLOR DUNHAM AND RODRIGUEZ LLP**<br>301 Congress Avenue, Suite 1050<br>Austin, TX 78701<br>Telephone:  (512) 473-2257<br>Facsimile: (512) 478-4409<br>E-mails:  dtaylor@taylordunham.com;<br>cconnor@taylordunham.com;<br>jtatum@taylordunham.com |

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 14th day of July, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

In addition, I also served the foregoing on Inter IKEA Systems B.V., a Netherlands company, by way of the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (HCCH Articles 5 and 10(a)) via USPS Express Mail Service.

/s/
Bernard J. DiMuro, Esq. (VSB #18784)
Michael S. Lieberman, Esq. (VSB #20035)
Stephen L. Neal, Jr., Esq. (VSB #87064)
*Counsel for Plaintiff Ikeafans, Inc.*
**DIMUROGINSBERG**, PC
1101 King Street, Suite 610
Alexandria, Virginia 23314
Telephone: (703) 684-4333
Facsimile: (703) 548-3181
E-mails: bdimuro@dimuro.com;
mlieberman@dimuro.com;
sneal@dimuro.com